UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff/Respondent, | Case No. CV 16-44-BLG-SPW |
| vs. | |
| RYAN EDWARD LEE, | |
| Defendant/Movant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States and against Lee and that this action is DISMISSED.

Dated this 11th day of October, 2016.

                        TYLER P. GILMAN, CLERK

                        By: /s/ T. Gesh
                        T. Gesh, Deputy Clerk